UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HENOCH ZAKS,

                              Plaintiff,                      **ORDER**

    -against-                                                21 Civ. 1771 (CS)(JCM)

RABBI ARYEH ZAKS, *et al.*,

                              Defendants.
---------------------------------------------------------------X

      On December 30, 2021, Plaintiff filed a joint application, under seal, requesting an extension of time to complete Defendant Rabbi Mayer Zaks' deposition. The Court has reviewed the letter and grants the parties' request. Rabbi Mayer Zaks' deposition must be completed by January 20, 2022.

Dated: January 3, 2022
         White Plains, New York

                                                        **SO ORDERED:**

                                                        _____
                                                        JUDITH C. McCARTHY
                                                       United States Magistrate Judge