UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Zaks,

                        Plaintiff(s)

      -against-

Zaks,

                      Defendant(s).
------------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

7:21-CV-01771 (CS)

A Bench Ruling as to the pending Motion(s) is scheduled for **March 16, 2023 at 3:15 p.m.** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                              /s/ Walter Clark, Courtroom Deputy

Dated:   February 21, 2023
           White Plains, New York